UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHALL STEPHENSON

        Plaintiff(s),        Case No.  06-10771

v.        Honorable Avern Cohn

NCO FINANCIAL SYSTEMS, INC.,

        Defendant(s).

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court was advised on October 31, 2006 by the attorneys of record that a settlement had been reached and appropriate papers would be submitted to the Court.

In accordance with the parties representations, this case hereby is DISMISSED WITHOUT PREJUDICE.  This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

SO ORDERED.

Dated:  April 4, 2007

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, April 4, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160